UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA           :
                                   :  **ORDER**
    -v-                            :
                                   :  S5 21 Cr. 505 (ER)
GENARO CASTRO,                     :
    a/k/a "Chaleco,"               :
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Emily A. Johnson, Justin V. Rodriguez and Christy Slavik;

It is found that the Indictment S5 21 Cr. 505 (ER) is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore

ORDERED that Indictment S5 21 Cr. 505 (ER) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         September 14, 2023

_____
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK