# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**   January 4, 2024

<u>**Via ECF**</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   <u>United States v. Genaro Castro</u>
         21 Cr. 505 (ER)**

> The request is granted. The conference scheduled for January 10, 2024, is rescheduled for March 12, 2024, at 3:30 p.m. Speedy trial time is excluded from January 10, 2024, to March 12, 2024, in the interest of justice. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 4, 2024
> New York, New York

Dear Judge Ramos,

    I write on behalf of Mr. Castro to respectfully request an approximately 60-day adjournment of the January 10, 2024 conference in the above-captioned matter. The government does not object to this request. This is the defense's first request for an adjournment.

    Since the parties appeared before the Court on October 4, 2023, the government has produced a voluminous amount of discovery material to the defense (including many audio visual files), a portion of which has required translation into English. The government's most recent production was received on January 3, 2024. Defense counsel and Mr. Castro are reviewing these materials and evaluating potential pretrial motions, but will need additional time to complete this review. Accordingly, we respectfully request an approximately 60-day adjournment of the conference scheduled for January 10, 2024.

    Should the Court grant this request, the government moves for the exclusion of time under the Speedy Trial Act until the rescheduled conference date. The defense does not object to this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record